# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:09CR411** |
| vs. | |
| **EDDIE WOODS,** | **ORDER OF DISMISSAL** |
| Defendant. | |

IT IS ORDERED:

1. That the Defendant's Motion to Dismiss his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), ECF No. 114, is granted;

2. The § 2255 Motion, ECF No. 107, and as modified at ECF No. 110, is dismissed, without prejudice; and

3. The Clerk will mail a copy of this Order to the Defendant at the Defendant's last known address.

Dated this 21st day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge